IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY D. CULP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3197 |
| | ) | |
| V. | ) | |
| | ) | |
| ARCHER-DANIELS-MIDLAND COMPANY, a Delaware Corporation, and JACOBS FIELD SERVICES NORTH AMERICA, INC., a Texas Corporation, | ) ) ) ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) ) | |

Plaintiff has filed a motion (filing 21) requesting additional time in which to respond to Defendant Archer-Daniels-Midlands Company's motion for summary judgment (filing 18). I shall grant the motion.

IT IS ORDERED:

1. Plaintiff's motion (filing 21) requesting additional time in which to respond to Archer-Daniels-Midlands Company's motion for summary judgment (filing 18) is granted;

2. Plaintiff shall file his responsive brief and any evidentiary materials on or before January 27, 2009;

3. The Clerk of the United States District Court for the District of Nebraska shall adjust the court's computerized record-keeping system to change the "response due" date accordingly.

January 12, 2009.

                                        BY THE COURT:
                                        s/*Richard G. Kopf*
                                        United States District Judge