IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY D. CULP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3197 |
| | ) | |
| V. | ) | |
| | ) | |
| ARCHER-DANIELS-MIDLANDS COMPANY, a Delaware Corporation, and JACOBS FIELD SERVICES NORTH AMERICA, INC., a Texas Corporation, | ) ) ) ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) ) | |

Defendant Archer-Daniels-Midlands Company has filed a motion (filings 27, 29)[1] requesting additional time in which to reply to Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment (filing 25). I shall grant the motion.

IT IS ORDERED:

1. Defendant Archer-Daniels-Midlands Company's motion (filings 27, 29) requesting additional time in which to reply to Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment (filing 25) is granted;

2. Defendant Archer-Daniels-Midlands Company shall file its responsive

---

[1] It appears that Defendant Archer-Daniels-Midlands Company filed its motion for enlargement of time with the court on both January 29, 2009 (filing 27) and January 30, 2009 (filing 29). This Order addresses each of these filings.

brief and any evidentiary materials on or before February 6, 2009;

3. The Clerk of the United States District Court for the District of Nebraska shall adjust the court's computerized record-keeping system to change the "response due" date accordingly.

February 2, 2009.

>BY THE COURT:
>s/*Richard G. Kopf*
>United States District Judge