IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY D. CULP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3197 |
| | ) | |
| V. | ) | |
| | ) | |
| ARCHER-DANIELS-MIDLAND COMPANY, a Delaware Corporation, and JACOBS FIELD SERVICES NORTH AMERICA, INC., a Texas Corporation, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The plaintiff's unopposed motion for leave to file an amended complaint, (Filing No. 48), is granted.

2) The plaintiff's amended complaint, a copy of which is attached to his motion, shall be filed on or before June 29, 2009.

DATED this 22nd day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge