IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY D. CULP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3197 |
| | ) | |
| v. | ) | |
| | ) | |
| ARCHER-DANIELS-MIDLAND | ) | MEMORANDUM AND ORDER |
| COMPANY, a Delaware | ) | |
| Corporation, JACOBS FIELD | ) | |
| SERVICES NORTH AMERICA, | ) | |
| INC., a Texas Corporation, and | ) | |
| STAINLESS FABRICATION, INC., | ) | |
| a Missouri Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff has filed an unopposed motion to amend the scheduling order. Filing No. 52. With leave of the court, the plaintiff filed an amended complaint adding a defendant on June 22, 2009. Based on the court's record, the new defendant, Stainless Fabrication, Inc., has neither been served nor entered an appearance in this case. However, the plaintiff states the attorneys for defendants Archer-Daniels-Midlands Company and Jacobs Field Services North America Inc., and "also counsel for Stainless Fabrication, Inc.," (filing no. 52), do not oppose plaintiff's motion to amend the current scheduling order. The motion should be granted. Accordingly,

    1)    The plaintiff's unopposed motion to amend the scheduling order, (filing no. 52), is granted.

    2)    On or before August 28, 2009, the parties shall jointly file a motion setting forth their proposed deadlines for continued progression of

    this case to trial, including deadlines for serving mandatory disclosures, disclosing experts and their reports, and for completion of discovery, along with a statement of when the case will be ready for trial.

3)     The planning conference scheduled before Magistrate Judge Piester on September 29, 2009 is cancelled.

4)     Counsel for the plaintiff shall promptly forward a copy of this order to counsel for Stainless Fabrication, Inc, and shall file a certificate in the court's record stating he has done so.

DATED this 2nd day of July, 2009.

                              BY THE COURT:

                              *s/Richard G. Kopf*
                              United States District Judge