IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY D. CULP, | )<br>) |
| Plaintiff, | ) 4:08CV3197<br>) |
| v. | )<br>) |
| ARCHER-DANIELS-MIDLAND COMPANY, a Delaware Corporation, JACOBS FIELD SERVICES NORTH AMERICA, INC., a Texas Corporation, and STAINLESS FABRICATION, INC., a Missouri Corporation, | ) MEMORANDUM AND ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

The court has been advised that the plaintiff intends to file an unopposed motion to amend his complaint to add a party defendant. The parties request a continuance of the deadline for filing a joint motion for scheduling order, currently set for August 28, 2009, to permit all parties to participate in determining how this case should progress.

IT IS ORDERED:

1) The plaintiff's anticipated motion to file an amended complaint to add a defendant shall be filed on or before September 8, 2009.

2) The parties' joint oral motion to continue the August 28, 2009 deadline for filing their joint motion for a scheduling order, (see filing no. 54), is granted. Once the anticipated new defendant has responded to the plaintiff's complaint, a new deadline will be set by order of the court.

August 26, 2009.                              BY THE COURT:

*Richard G. Kopf*
United States District Judge