IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY D. CULP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3197 |
| | ) | |
| v. | ) | |
| | ) | |
| ARCHER-DANIELS-MIDLAND COMPANY, a Delaware Corporation, JACOBS FIELD SERVICES NORTH AMERICA, INC., a Texas Corporation, and STAINLESS FABRICATION, INC., a Missouri Corporation, | ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The plaintiff's unopposed motion for leave to file a second amended complaint, (filing no. 63), is granted.

2) The plaintiff's second amended complaint, a copy of which is attached to the plaintiff's motion, shall be filed on or before September 18, 2009, and the plaintiff shall promptly effectuate service on the new defendant, Stainless Fabrication, Inc.

3) On or before October 29, 2009, the parties shall jointly file a motion setting forth their proposed deadlines for continued progression of this case to trial, including deadlines for serving mandatory disclosures, disclosing experts and their reports, and for completion of discovery, along with a statement of when the case will be ready for trial.

September 11, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge