IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY D. CULP,           )<br>                              )<br>    Plaintiff,           )<br>                              )<br>    V.                       )<br>                              )<br>ARCHER-DANIELS-MIDLAND )<br>COMPANY, a Delaware Corporation, )<br>JACOBS FIELD SERVICES NORTH )<br>AMERICA, INC., a Texas Corporation, )<br>STAINLESS FABRICATION, INC., a )<br>Missouri Corporation, and FAGEN, )<br>INC., a Minnesota Corporation, )<br>                              )<br>    Defendants.           )<br>                              ) | 4:08CV3197<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The motion to withdraw as counsel for defendant, Jacobs Field Services North America, Inc. ("Jacobs"), (filing no. 86), filed by Stephen G. Olson, II and the law firm of Engles, Ketcham, Olson & Keith, P.C, is granted. Attorney Tim B. Streff remains counsel of record for defendant Jacobs.

2) The plaintiff has moved to strike Archer-Daniels-Midland Company's ("ADM") motion to file a cross-claim against Jacobs because the law firm of Engles, Ketcham, Olson & Keith, P.C. represented both ADM and Jacobs in this case. Filing No. 87. On or before November 10, 2009, counsel for the plaintiff shall file a statement clarifying whether its objection, (filing no. 87), is withdrawn or moot in light of the withdrawal of Stephen G. Olson, II and the law firm of Engles, Ketcham, Olson & Keith, P.C, as counsel for Jacobs.

DATED this 3rd day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge