IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY D. CULP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3197 |
| | ) | |
| v. | ) | |
| | ) | |
| ARCHER-DANIELS-MIDLAND COMPANY, a Delaware Corporation, JACOBS FIELD SERVICES NORTH AMERICA, INC., a Texas Corporation, STAINLESS FABRICATION, INC., a Missouri Corporation, and FAGEN, INC., a Minnesota Corporation, | ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

Defendant Archer-Daniels-Midland Company has moved to amend its answer to add cross claims against defendant Jacobs Field Services North American Inc. Filing No. 81. The deadline for filing any opposition to Archer-Daniels-Midland's motion has expired. The co-defendants have not responded to the motion, and although the plaintiff filed a Motion to Strike the Motion for Leave to File Cross Claims, (filing no. 87), he has now filed a motion to withdraw the motion to strike. Filing No. 91. Accordingly, defendant Archer-Daniels-Midland's motion to file an amended answer and cross claims against Jacobs is deemed unopposed. Accordingly,

IT IS ORDERED:

1) The plaintiff's motion to withdraw, (filing no. 91), is granted, and the plaintiff's Motion to Strike the Motion for Leave to File Cross Claims, (filing no. 87), is denied as moot.

2) Defendant Archer-Daniels-Midland Company's motion to file an Amended Answer to Second Amended Complaint and Cross Claims, (filing no. 81), is granted.

3) On or before November 20, 2009, defendant Archer-Daniels-Midland Company shall file its Amended Answer to Second Amended Complaint and Cross Claims, a copy of which is attached to its motion.

DATED this 16th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge