IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY D. CULP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3197 |
| | ) | |
| V. | ) | |
| | ) | |
| ARCHER-DANIELS-MIDLAND COMPANY, a Delaware Corporation, JACOBS FIELD SERVICES NORTH AMERICA, INC., a Texas Corporation, STAINLESS FABRICATION, INC., a Missouri Corporation, and FAGEN, INC., a Minnesota Corporation, | ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

This matter is before the court on Defendant Archer-Daniels-Midlands Company's ("Archer") and Defendant Fagen, Inc.'s ("Fagen") stipulation of dismissal without prejudice of the cross-claims between them (filing 122).

IT IS ORDERED that the cross-claim filed herein by Archer against Fagen (filing 93) and the cross-claim filed herein by Fagen against Archer (filing 108) are dismissed without prejudice. With regard to these cross-claims, each party shall pay its own costs. The other claims filed by parties in this action remain pending.

March 9, 2010.                    BY THE COURT:
                                  *Richard G. Kopf*
                                  United States District Judge